**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **SHI INTERNATIONAL CORP.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. 4:25-CV-00431-SDJ** |
| **CLUTCH SOLUTIONS, LLC, CHRISTOPHER CLARK, AMZA SAFI, DANIEL CLARK, NEIL LELLA, YAUJIN "ALEX" YOON, MATTHEW MONTE, BEAU WALKER, KATELYN (KELLER) PAINTER, JOHN "CAMERON" MULLOY, and WILLIAM WORTHAM,** | § § § § § § § § | |
| | § | |
| **Defendants.** | § | |

**ORDER ON DEFENDANT CLUTCH SOLUTIONS, LLC'S MOTION TO DISMISS
<u>SECOND AMENDED VERIFIED COMPLAINT</u>**

Before the Court is Defendant Clutch Solutions, LLC's Motion to Dismiss the Second Amended Verified Complaint filed by Plaintiff SHI International Corp. (Dkt. 48).

Having considered the motion, the Court is of the opinion that it should be **GRANTED**.

**SO ORDERED.**

**(proposed) Order Granting Clutch Solutions, LLC's Motion to Dismiss**